### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SANTIAGO GARCIA-RAMIREZ** | : | **NO. 21-127-3** |

### ORDER

**NOW**, this 28th day of May, 2025, upon consideration of the Government's Motion to Dismiss the Indictment (Doc. No. 114), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the indictment is dismissed as to this defendant.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.